UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE SLUSHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIG LOTS STORES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06030-RS  (TSH)<br><br>**ORDER FOR PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 50 |

On October 23, 2018, the Court issued a Notice of Referral for Discovery directing the parties to file a joint statement within three days verifying they met and conferred prior to filing their pending joint letter brief (ECF No. 50). ECF No. 52. As the parties did not file a joint statement, and Plaintiff states in her portion of the letter that "Defendants have refused to engage in the meet and confer process," the Court **ORDERS** the parties to meet and confer by November 2, 2018. If unable to resolve the disputes raised in their letter, the parties shall file a revised joint letter (in compliance with the undersigned's Discovery Standing Order), by November 9, 2018. If filing a revised letter, the parties shall include all relevant discovery requests and responses.

**IT IS SO ORDERED.**

Dated: October 29, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge