Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
ROXANNE SLUSHER

Yvette Davis (SBN 165777)
  ydavis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone: 714.426.4600
Facsimile: 714.754.0826

Mark A. Knueve (*Admitted Pro Hac Vice*)
  maknueve@vorys.com
Daniel J. Clark (*Admitted Pro Hac Vice*)
  djclark@vorys.com
George L. Stevens (*Admitted Pro Hac Vice*)
  glstevens@vorys.com
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: 614.464.6436
Fax: 614.464.8054

Attorneys for Defendants BIG LOTS STORES, INC. and BIG LOTS F&S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE SLUSHER, on behalf of herself, all others similarly situated, and the general public,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; BIG LOTS F&S, INC., an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>    *Defendants*. | Case No. 17-cv-06030-RS<br><br>Assigned For All Purposes To The Honorable Richard Seeborg, Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING; [~~PROPOSED~~] ORDER**<br><br>Action Filed: September 21, 2017<br>Trial Date:    Not Set |

This Stipulation is made by and between Plaintiff ROXANNE SLUSHER ("Plaintiff") and Defendants BIG LOTS STORES, INC. and BIG LOTS F&S, INC. ("Defendants") (collectively with Plaintiff, the 'Parties"), through their respective counsel of record, with reference to the following facts:

WHEREAS, on, September 21, 2017, Plaintiff filed the original complaint in the action alleging wage and hour violations of California Labor Code and similar California laws against Defendants;

WHEREAS, on May 17, 2018, this Court set a deadline for Plaintiff to file her Class Certification motion by March 31, 2019 (ECF No. 40);

WHEREAS, on June 7, 2018, per the parties joint stipulation, Plaintiff filed her Third Amended Complaint (ECF No. 42-3);

WHEREAS, the parties need time to conduct discovery, review documents and contact class members to prepare their briefs regarding class certification;

WHEREAS, the parties agreed to continue Plaintiff's class certification deadline to allow discovery to take place;

THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to file her motion for class certification is continued from March 31, 2019 to July 1, 2019;
2. The hearing on Plaintiff's motion for class certification is continued from June 13, 2019 at 1:30pm to November 28, 2019 at 1:30pm, or another date that is convenient to the Court.

IT IS SO STIPULATED.

DATED: January 14, 2019        SETAREH LAW GROUP

                                                                                       */s/ Shaun Setareh*
                                                                                   SHAUN SETAREH
                                                                                   THOMAS SEGAL

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Plaintiff |
| 2 |  | ROXANNE SLUSHER |
| 3 | DATED: January 14, 2019 | VORYS, SATER, SEYMOUR & PEASE LLP |

*/s/ Mark A. Knueve*
MARK A. KNUEVE
DANIEL J. CLARK
GEORGE L. STEVENS

Attorneys for Defendants BIG LOTS STORES, INC., and BIG LOTS F&S, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: January 14, 2019          */s/ Shaun Setareh*
                                 SHAUN SETAREH

# [~~PROPOSED~~] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for Plaintiff ROXANNE SLUSHER and Defendants BIG LOTS STORES, INC. and BIG LOTS F&S, INC, and good cause appearing therefore, this Court hereby grants the joint stipulation to continue class certification briefing ad hearing. This Court hereby ORDERS:

1. Plaintiff's deadline to file her motion for class certification is continued from March 31, 2019 to July 1, 2019.
2. The hearing on Plaintiff's motion for class certification is continued from June 13, 2019 at 1:30pm to ~~November 28~~ December 5, 2019 at 1:30pm, or another date that is convenient to the Court.

IT IS SO ORDERED.

DATED: 1/14/19

_____
RICHARD SEEBORG
United States District Judge

3
JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING; [PROPOSED] ORDER]

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 14, 2019, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

*/s/ Shaun Setareh*
SHAUN SETAREH