Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
ROXANNE SLUSHER

Yvette Davis (SBN 165777)
  ydavis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone:  714.426.4600
Facsimile:  714.754.0826

Mark A. Knueve (*Admitted Pro Hac Vice*)
  maknueve@vorys.com
Daniel J. Clark (*Admitted Pro Hac Vice*)
  djclark@vorys.com
George L. Stevens (*Admitted Pro Hac Vice*)
  glstevens@vorys.com
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: 614.464.6436
Fax:  614.464.8054

Attorneys for Defendants BIG LOTS STORES,
INC. and BIG LOTS F&S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE SLUSHER, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; BIG LOTS F&S, INC., an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>　　　　*Defendants*. | Case No. 17-cv-06030-RS<br><br>Assigned For All Purposes To The Honorable Richard Seeborg, Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING; [~~PROPOSED~~] ORDER**<br><br>Action Filed: September 21, 2017<br>Trial Date:　　Not Set |

This Stipulation is made by and between Plaintiff ROXANNE SLUSHER ("Plaintiff") and Defendants BIG LOTS STORES, INC. and BIG LOTS F&S, INC. ("Defendants") (collectively with Plaintiff, the 'Parties"), through their respective counsel of record, with reference to the following facts:

WHEREAS, on, September 21, 2017, Plaintiff filed the original complaint in the action alleging wage and hour violations of California Labor Code and similar California laws against Defendants;

WHEREAS, on May 17, 2018, this Court set a deadline for Plaintiff to file her Class Certification motion by March 31, 2019 (ECF No. 40);

WHEREAS, on June 14, 2019, per the parties joint stipulation, this Court continued Plaintiff's deadline to file her motion for class certification to July 1, 2019 (ECF No. 65);

WHEREAS, the parties have agreed to mediate this case in August and are working to secure a date with a mediator.

WHEREAS, the parties agreed to continue Plaintiff's class certification deadline to allow the parties to mediate this case;

THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to file her motion for class certification is continued from July 1, 2019 to December 2, 2019;

2. The hearing on Plaintiff's motion for class certification is continued from November 28, 2019 at 1:30pm to April 30, 2020 or another date that is convenient to the Court.


IT IS SO STIPULATED.


DATED: June 7, 2019                    SETAREH LAW GROUP



                                       _/s/ Shaun Setareh_____
                                       SHAUN SETAREH
                                       THOMAS SEGAL

                                       Attorneys for Plaintiff
                                       ROXANNE SLUSHER

DATED: June 7, 2019            VORYS, SATER, SEYMOUR & PEASE LLP


_/s/ Mark A. Knueve_
MARK A. KNUEVE
DANIEL J. CLARK
GEORGE L. STEVENS

Attorneys for Defendants BIG LOTS STORES, INC.,
and BIG LOTS F&S, INC.


## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.


DATED: June 7, 2019            _/s/ Shaun Setareh_
SHAUN SETAREH

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING; [PROPOSED ORDER]

# [~~PROPOSED~~] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for Plaintiff ROXANNE SLUSHER and Defendants BIG LOTS STORES, INC. and BIG LOTS F&S, INC, and good cause appearing therefore, this Court hereby grants the joint stipulation to continue class certification briefing and hearing. This Court hereby ORDERS:

1.  Plaintiff's deadline to file her motion for class certification is continued from July 1, 2019 to December 2, 2019.

2.  The hearing on Plaintiff's motion for class certification is continued from November 28, 2019 at 1:30pm, to April 30, 2020 or another date that is convenient to the Court.

IT IS SO ORDERED.


DATED: __June 10, 2019__                          _____

RICHARD SEEBORG
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

_/s/ Shaun Setareh_
SHAUN SETAREH